**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6527**

———————

UNITED STATES OF AMERICA,

            Plaintiff – Appellee,

      v.

GEORGE BILLY LEE GANTT,

            Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Anderson.    G. Ross Anderson, Jr., Senior
District Judge.    (8:04-cr-01013-GRA-1)

———————

Submitted:  May 24, 2012                    Decided:  May 31, 2012

———————

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

George Billy Lee Gantt, Appellant Pro Se. Alan Lance Crick,
Assistant United States Attorney, Greenville, South Carolina,
for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Billy Lee Gantt appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Gantt, No. 8:04-cr-01013-GRA-1 (D.S.C. Mar. 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED